21837.   GARVIN *v*. THE STATE.

*H. A. Allen,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, John H. Hudson,* contra.

LUKE, J.   J. G. Garvin, Aubrey Sikes, T. L. Martin, and others were indicted for murdering Dennis Hubert by shooting him with a pistol.   Garvin was tried separately and convicted of voluntary manslaughter.   His exception is to the judgment overruling his motion for a new trial.

While the brief of evidence is not identical with that in the case of *Sikes* v. *State,* ante, 746, it does involve precisely the same transaction and the same contention, so far as the general grounds of the motion for a new trial are concerned.   It might also be observed that this court affirmed the judgment in the kindred case of *Martin* v. *State,* 42 *Ga. App.* 591 (157 S. E. 113).   In these circumstances, without burdening the printed page with a statement of the evidence in the case, we shall merely state that the general grounds of the motion for a new trial were properly overruled.   We are also satisfied that the only special ground shows no reason for reversing the judgment.

*Judgment affirmed.   Broyles, C. J., concurs.   Bloodworth, J., absent on account of illness.*